UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GERALD SIMMONS,

    Petitioner,

v.                                         CASE NO. 3:20cv5461-MCR-EMT

MARK INCH,

    Respondent.
_____/

# **O R D E R**

The chief magistrate judge issued a Report and Recommendation on February 24, 2021. ECF No. 23. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation, ECF No. 23, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, is **DENIED IN PART AND GRANTED IN PART AS FOLLOWS**:

    a. The petition is **DENIED** as to Grounds One through Six, and a certificate of appealability is **DENIED** as to those claims;

    b. The petition is **GRANTED** as to Ground Seven, and the State is directed to remove the ten-year mandatory minimum from Simmons' sentence on Count 1.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 8th day of July 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**